GOVERNMENT EXHIBIT
A
3:22-cv-00828

## CERTIFICATION

The undersigned First Assistant United States Attorney, pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.3, hereby certifies that I have read the Complaint in this action. On the basis of the information now available with respect to the incident alleged therein, I find that the individual Defendant, Lindsey McDonald, was acting within the scope of employment as an employee of the United States Postal Service, at the time of the alleged incident.

Dated: Aug 17th, 2022

MICHELLE M. BAEPPLER
First Assistant United States Attorney
Northern District of Ohio