UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brent A. Wettle, et al.,            Case No. 3:22-cv-828

      Plaintiffs,

v.            ORDER

United States Postal Service, et al.,

      Defendants.

Michelle M. Baeppler, the First Assistant United States Attorney acting "pursuant to the provisions of 28 U.S.C. § 2679, and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.3," has certified that she has "read the Complaint in this action" and concluded that "[o]n the basis of the information now available with respect to the incident alleged therein, … the individual Defendant, Lindsey McDonald, was acting within the scope of employment as an employee of the United States Postal Service, at the time of the alleged incident." (Doc. No. 12-1). Therefore, pursuant to 28 U.S.C. § 2679(d)(1), the United States is substituted as the party Defendant for those claims asserted against McDonald in this action.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge